DENTON T. MACGOWAN, Appellant, *v.* LOUIS H. GEIN et al., Respondents.

(Argued October 9, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 3, 1887, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry W. Bates* for appellant.

*H. Aplington* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

MARY F. AMES, by Guardian ad litem, Respondent, *v.* THE BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued October 10, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made April 5, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Samuel B. Clark* for appellant.

*Lucius McAdam* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.